FILED'08 FEB 22 16:38USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CARL HAGEMAN,

        Petitioner,

    v.

JEAN HILL,

        Respondent.

Civil No. 05-306-CL

ORDER

**PANNER, Judge.**

    Magistrate Judge Mark D. Clarke has filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Petitioner has filed objections. I have reviewed the Magistrate Judge's Report and Recommendation de novo. See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). I conclude that the Report and Recommendation is correct.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#52) is adopted. The amended petition (#48) is denied and this action is dismissed.

IT IS SO ORDERED.

DATED this 21 day of February, 2008.

_____
OWEN M. PANNER
United States District Judge

2 - ORDER